UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:99CR00016-002BO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| OMAR MOHAMMAD ALLEN, | ) | |

It now appearing to the court that the said Omar Mohammad Allen died on or about April 9, 2005. At which time a remaining liability existed in the amount of $10,200.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the _15_ day of _July_, 2011

TERRENCE W. BOYLE
U.S. District Court Judge